## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Maryland

**State of Maryland**

    Plaintiff(s),

vs.

**W.L. Gore & Associates, Inc.**

    Defendant(s).

Attorney: Patricia V. Tipon

Office of the Attorney General (MD)
1800 Washington Blvd., #6048
Baltimore MD 21230



*328382*

**Case Number: 1:24-cv-03656**

Legal documents received by Classic Legal Support on **12/19/2024** at **5:13 PM** to be served upon **W.L. Gore & Associates, Inc., by serving The Corporation Trust, Incorporated at 2405 York Rd., #201, Lutherville Timonium, MD 21093**

I, **Rodney Getlan**, swear and affirm that on **December 20, 2024** at **1:38 PM**, I did the following:

Served **W.L. Gore & Associates, Inc., by serving The Corporation Trust, Incorporated** by delivering a conformed copy of the **Summons in a Civil Action; Civil Cover Sheet; Complaint** to **Rebecca Gott** as **Intake Specialist & Authorized Agent** of W.L. Gore & Associates, Inc., by serving The Corporation Trust, Incorporated at **2405 York Rd., #201, Lutherville Timonium, MD 21093**.

**Description of Person Accepting Service:**
Sex: Female Age: 36 Height: 5ft4in-5ft8in Weight: 131-160 lbs Skin Color: Caucasian Hair Color: Light Brown

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Rodney Getlan**
Process Server
**Classic Legal Support**
2 Park Avenue, 20th Floor
New York NY 10016
(212) 889-3200
classiclegal@yahoo.com

Internal Job ID:328382

