# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| State of Maryland | * | |
| **Plaintiff,** | | |
| | * | |
| v. | | Case No. 1:24-cv-03656 |
| W.L. Gore & Associates, Inc. | * | |
| **Defendant.** | * | |

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the   Defendant.

I certify that I am admitted to practice in this Court.

| | |
|---|---|
| January 9, 2025 | /s/ *Liam J. Montgomery* |
| Date | Signature |
| | Liam J. Montgomery (#28978) |
| | Printed name and bar number |
| | Williams & Connolly LLP |
| | 680 Maine Ave SW, Washington, DC 20024 |
| | Address |
| | lmontgomery@wc.com |
| | Email address |
| | (202) 434-5000 |
| | Telephone number |
| | (202) 434-5029 |
| | Fax number |

EntryofAppearanceCivil (08/2015)