# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND, <br><br> Plaintiff, <br><br> v. <br><br> W.L. GORE & ASSOCIATES, INC., <br><br> Defendant. | Civil Action No. 1:24-cv-03656 <br><br> Hon. Richard D. Bennett |

## CONSENT MOTION FOR AN EXTENSION OF TIME
## TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 105.9, Defendant W. L. Gore & Associates, Inc. ("Gore"), by and through its undersigned counsel, respectfully moves this Court for an extension of time to answer or otherwise respond to the Complaint. In support thereof, Gore states:

1. On December 18, 2024, Plaintiff State of Maryland filed a Complaint against Gore. [ECF No. 1.]

2. On December 20, 2024, Plaintiff served on Gore the summons and Complaint. [ECF No. 4.]

3. Gore's current deadline to answer or otherwise respond to the Complaint is January 10, 2025.

4. Gore requests an extension of its current responsive pleading deadline to January 29, 2025.

5. On December 23, 2024, Gore's counsel conferred with Plaintiff's counsel regarding the requested extension of Gore's responsive pleading deadline, and Plaintiff's counsel agreed to such extension.

6. The requested extension is for good cause, will not cause undue delay in this action, and will not prejudice any party.

7. No prior extension of time has been requested or granted concerning Gore's responsive pleading deadline.

WHEREFORE, Gore respectfully requests that this Court enter an order extending the deadline for Gore to answer or otherwise respond to the Complaint to January 29, 2025.

Dated: January 9, 2025

Respectfully Submitted,

WILLIAMS AND CONNOLLY LLP

/s/ *Liam J. Montgomery*
Liam J. Montgomery (#28978)
Robert J. Shaughnessy (*pro hac vice forthcoming*)
D. Shayon Ghosh (*pro hac vice forthcoming*)
Sarah L. Chanski (*pro hac vice forthcoming*)
WILLIAMS AND CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
lmontgomery@wc.com
bshaughnessy@wc.com
sghosh@wc.com
schanski@wc.com