# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| State of Maryland | * | |
| **Plaintiff,** | | |
| | * | |
| v. | | Case No. 1:24-cv-03656 |
| | * | |
| W.L. Gore & Associates, Inc. | | |
| **Defendant.** | * | |

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☒ I certify, as party/counsel in this case that <u>W.L. Gore & Associates, Inc.</u>
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
(name of party)

_____.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

☐ In a case based on diversity jurisdiction, the following is a list of all members of
_____ and their states of citizenship:
<span style="padding-left:2em">(name of LLC party)</span>

| _____ | _____ |
| (name of member) | (state of citizenship) |

| _____ | _____ |
| (name of member) | (state of citizenship) |

| _____ | _____ |
| (name of member) | (state of citizenship) |

| _____ | _____ |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

  January 9, 2025                          /s/ *Liam J. Montgomery*
Date                                              Signature

  Liam J. Montgomery (#28978)
Printed name and bar number
Williams & Connolly LLP
680 Maine Ave SW, Washington, DC 20024
Address

  lmontgomery@wc.com
Email address

  (202) 434-5000
Telephone number

  (202) 434-5029
Fax number