# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 1:24-cv-03656 |
| W.L. GORE & ASSOCIATES, INC., | : Hon. Richard D. Bennett |
| Defendant. | : |

## ORDER

Upon consideration of the Consent Motion for an Extension of Time to Answer or Otherwise Respond to the Complaint (the "Motion") filed by Defendant W.L. Gore & Associates, Inc. ("Gore"), Plaintiff's consent thereto, and for good cause shown, it is this 10th day of January, 2025, hereby:

**ORDERED** that the Motion is GRANTED; and further

**ORDERED** that the deadline for Gore to answer or otherwise respond to the Complaint [ECF No. 1] is extended to January 29, 2025.

/s/
The Honorable Richard D. Bennett
United States District Court Judge