**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **STATE OF MARYLAND,** | |
| **Plaintiff,** | **Civil Action No. RDB-24-03656** |
| **and** | |
| **STEVEN MARTIN AND CHERYL MARTIN,** | |
| **Plaintiff-Intervenors,** | |
| **v.** | |
| **W. L. GORE & ASSOCIATES, INC.,** | |
| **Defendant.** | |

**AMENDED SCHEDULING ORDER**

       The Court, having considered the Request for Modification of Scheduling Order submitted jointly by the Parties on January 27, 2026, deems it just and proper and grants the Request in full.  The case shall proceed pursuant to the below schedule:

| Amended Date | Deadline |
|---|---|
| April 3, 2026 | Substantial completion of document productions |
| July 3, 2026 | Fact discovery deadline, submission of status report |
| August 3, 2026 | Requests for Admission (pursuant to Fed. R. Civ. P. 36(a)(1)(A)) |
| August 21, 2026 | Plaintiff and Plaintiff-Intervenor's Rule 26(a)(2) Disclosures |
| November 20, 2026 | Defendant's Rule 26(a)(2) disclosures |
| December 21, 2026 | Rebuttal Rule 26(a)(2) disclosures |
| February 26, 2027 | Close of expert discovery |

| March 12, 2027 | Rule 26(e)(2) supplementation |
|---|---|
| May 7, 2027 | Dispositive and Daubert motion deadline |
| June 18, 2027 | Opposition to dispositive and Daubert motions |
| July 19, 2027 | Replies in further support of dispositive and Daubert motions |
| August 13, 2027 | Parties to submit proposed pretrial schedule |

Dated:    1/29/2026

/s/

The Honorable Richard D. Bennett
United States District Court Judge