IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **STATE OF MARYLAND,**<br><br>**Plaintiff,**<br>**and**<br><br>**STEVEN MARTIN AND CHERYL MARTIN,**<br><br>**Plaintiff-Intervenors,**<br>**v.**<br><br>**W. L. GORE & ASSOCIATES, INC.,**<br><br>**Defendant.** | **Civil Action No. RDB-24-03656** |

## AMENDED SCHEDULING ORDER

The Court, having considered the Request for Modification of Scheduling Order submitted jointly by the Parties on April 3, 2026, deems it just and proper and grants the Request in full. The case shall proceed pursuant to the below schedule:

| Amended Date | Current Date | Deadline |
|---|---|---|
| May 29, 2026 | April 3, 2026 | Substantial completion of document productions |
| August 28, 2026 | July 3, 2026 | Fact discovery deadline, submission of status report |
| October 2, 2026 | August 3, 2026 | Requests for Admission (pursuant to Fed. R. Civ. P. 36(a)(1)(A)) |
| October 16, 2026 | August 21, 2026 | Plaintiff and Plaintiff-Intervenor's Rule 26(a)(2) Disclosures |
| January 15, 2027 | November 20, 2026 | Defendant's Rule 26(a)(2) disclosures |
| February 15, 2027 | December 21, 2026 | Rebuttal Rule 26(a)(2) disclosures |
| April 23, 2027 | February 26, 2027 | Close of expert discovery |

| | | |
|---|---|---|
| May 7, 2027 | March 12, 2027 | Rule 26(e)(2) supplementation |
| July 2, 2027 | May 7, 2027 | Dispositive and Daubert motion deadline |
| August 13, 2027 | June 18, 2027 | Opposition to dispositive and Daubert motions |
| September 13, 2027 | July 19, 2027 | Replies in further support of dispositive and Daubert motions |
| October 8, 2027 | August 13, 2027 | Parties to submit proposed pretrial schedule |

Dated: April 6, 2026

/s/

The Honorable Erin Aslan
United States Magistrate Judge