**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **STATE OF MARYLAND,**<br><br>**Plaintiff,**<br>**and**<br><br>**STEVEN MARTIN AND CHERYL MARTIN,**<br><br>**Plaintiff-Intervenors,**<br>**v.**<br><br>**W. L. GORE & ASSOCIATES, INC.,**<br><br>**Defendant.** | **Civil Action No. RDB-24-03656** |

**AMENDED SCHEDULING ORDER**

The Court, having considered the Request for Modification of Scheduling Order submitted jointly by the Parties on August 3, 2026, deems it just and proper and grants the Request in full. The case shall proceed pursuant to the below schedule:

| Amended Date | Current Date | Deadline |
|---|---|---|
| Friday, August 14, 2026 | N/A | Deadline to substantially notice remaining party depositions |
| Tuesday, September 8, 2026 | N/A | Deadline to notice remaining party depositions, absent good cause |
| Friday, October 30, 2026 | Friday, August 28, 2026 | Fact discovery deadline, submission of status report |
| Friday, November 6, 2026 | Friday, October 2, 2026 | Requests for Admission (pursuant to Fed. R. Civ. P. 36(a)(1)(A)) |
| Friday, December 18, 2026 | Friday, October 16, 2026 | Plaintiff and Plaintiff-Intervenor's Rule 26(a)(2) Disclosures |
| Friday, March 19, 2027 | Friday, January 15, 2027 | Defendant's Rule 26(a)(2) disclosures |

| | | |
|---|---|---|
| Monday, April 19, 2027 | Monday, February 15, 2027 | Rebuttal Rule 26(a)(2) disclosures |
| Friday, June 25, 2027 | Friday, April 23, 2027 | Close of expert discovery |
| Friday, July 9, 2027 | Friday, May 7, 2027 | Rule 26(e)(2) supplementation |
| Friday, August 27, 2027 | Friday, July 2, 2027 | Dispositive and Daubert motion deadline |
| Friday, October 15, 2027 | Friday, August 13, 2027 | Opposition to dispositive and Daubert motions |
| Friday, November 19, 2027 | Monday, September 13, 2027 | Replies in further support of dispositive and Daubert motions |
| Friday, December 10, 2027 | Friday, October 8, 2027 | Parties to submit proposed pretrial schedule |

Dated: August 3, 2026

/s/

The Honorable Richard D. Bennett
United States District Court Judge